UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONOVAN SMITH, )
    Plaintiff, )
) No. 1:13-cv-1171
-v- )
) HONORABLE PAUL L. MALONEY
PACKERS SANITATION SERVICES, INC., )
    Defendant. )
)

## JUDGMENT

Having found no subject-matter jurisdiction, and having remanded this lawsuit to the state court, as required by Federal Rule of Civil Procedure, **JUDGMENT** enters in favor of Defendant and against Plaintiff.

    **THIS ACTION IS TERMINATED.**

    **IT IS SO ORDERED.**

Date:  December 2, 2013                          /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                Chief United States District Judge