UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DONOVAN SMITH,<br>      Plaintiff,<br><br>-v-<br><br>PACKERS SANITATION SERVICES, INC.,<br>      Defendant. | No. 1:13-cv-1171<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having found no subject-matter jurisdiction, and having remanded this lawsuit to the state court, as required by Federal Rule of Civil Procedure, **JUDGMENT** enters in favor of Defendant and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  December 2, 2013                                  /s/ Paul L. Maloney
                                                                               Paul L. Maloney
                                                                               Chief United States District Judge